ERIN M. CONNELL (SBN 223355)
econnell@orrick.com
KAYLA D. GRUNDY (SBN 300513)
kgrundy@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

LAUREN M. GOLDSMITH (SBN 293269)
lgoldsmith@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone:     +1 212 506-5000

Attorneys for Defendant
DELOITTE CONSULTING LLP

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNA BARELA, on behalf of herself and those similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>DELOITTE CONSULTING LLP,<br><br>          Defendant. | Case No. 3:26-cv-03051-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT DELOITTE CONSULTING LLP'S RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-1(b), Plaintiff Joanna Barela, on behalf of herself and those similarly situated ("Plaintiff"), and Defendant Deloitte Consulting LLP ("Deloitte"; collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

1. WHEREAS, Plaintiff filed the Complaint in the above-captioned action on April 9, 2026, and served it on Defendant on April 10, 2026;

2. WHEREAS, Defendant's original deadline to respond was April 30, 2026;

3. WHEREAS, the Parties previously stipulated to extend Defendant's deadline to respond to the Complaint to June 1, 2026;

4. WHEREAS, the Parties have met and conferred regarding the Complaint, and Plaintiff anticipates filing an amended complaint by May 28, 2026;

5. WHEREAS, based on the Parties' discussions, Deloitte anticipates filing a motion to dismiss the amended complaint and/or a motion to strike or redefine the class allegations in response to the amended complaint;

6. WHEREAS, the Parties agree that it is in the interest of both the Court and the Parties to adopt the following mutually acceptable schedule for briefing Defendant's anticipated motion:

   a. Defendant shall file its anticipated motion on or before **June 18, 2026**;

   b. Plaintiff shall file any opposition to the motion on or before **July 9, 2026**;

   c. Defendant shall file any reply in support of its motion on or before **July 23, 2026**;

7. WHEREAS, this stipulation is made without prejudice to Defendant's right to seek additional time to answer or otherwise respond to the amended complaint if necessary;

8. WHEREAS, the Parties expressly reserve all rights and defenses or claims , including but not limited to jurisdictional challenges;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, subject to Court's approval, that the above schedule shall govern briefing on Defendant's anticipated motion in response to the amended complaint.

**IT IS SO STIPULATED AND AGREED.**

STIPULATION AND [PROPOSED] ORDER
3:26-cv-03051-RS

Dated: May 22, 2026                          ORRICK, HERRINGTON & SUTCLIFFE LLP


                                             By: */s/ Erin M. Connell*
                                                     ERIN M. CONNELL
                                                  Attorneys for Defendant
                                                DELOITTE CONSULTING LLP

Dated: May 22, 2026                          ALTSHULER BERZON LLP


                                             By    */s/ James M. Finberg*
                                                     JAMES M. FINBERG
                                                   Attorneys for Plaintiff
                                                     JOANNA BARELA

STIPULATION AND [PROPOSED] ORDER
3:26-cv-03051-RS

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

Dated: May 22, 2026                                      /s/ *Erin M. Connell*
                                                                        ERIN M. CONNELL

- 4 -                    STIPULATION AND [PROPOSED] ORDER
                              3:26-cv-03051-RS

# [PROPOSED] ORDER

Having read the Parties' Stipulation and good cause appearing, the Court hereby GRANTS the Parties' stipulation and orders the briefing schedule for Defendant's anticipated motion as follows:

1.  Defendant shall file its anticipated motion on or before **June 18, 2026**;

2.  Plaintiff shall file any opposition to the motion on or before **July 9, 2026**;

3.  Defendant shall file any reply in support of its motion on or before **July 23, 2026**.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____May 22, 2026_____          By:_____

Hon. Richard Seeborg

Judge of the Northern District
of California

- 5 -                    STIPULATION AND [PROPOSED] ORDER
3:26-cv-03051-RS